ACCEPTED
03-15-00199-CR
4897210
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 12:02:53 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00199-CR

| | | |
|---|---|---|
| **HENRY GUEDES PAGES** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **THIRD JUDICIAL DISTRICT** |
| **THE STATE OF TEXAS** | § | **SITTING AT AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 12:02:53 PM
JEFFREY D. KYLE
Clerk

### AMENDED MOTION TO BE REMOVED AS ATTORNEY OF RECORD AND REQUEST TO ADD APPELLANT FOR NOTICE PURPOSES

Now comes Guillermo González, appointed-counsel for appellant at trial level, and files this Amended Motionand would show the following:

### I.

Counsel was appointed by the trial court to represent appellant through trial. Appellant was found guilty after trial on March 10 ,2015 and on April 2, 2015 was sentenced to pay a $1000 fine and the costs of the court. At appellant's request, Counsel filed Notice of Appeal and a Motion to Withdraw as Attorney of Record, which the trial court granted on April 2, 2015.

### II.

A copy of the Motion to Withdraw and the Order on said motion are attached for the Courts's review.

### III.

On April 2, 2015 Counsel received notice from the Clerk, Court of Appeals, Third District of Texas which noticed Counsel as attorney of record for the appeal on this matter.

### IV.

Appellants contact information is as follows:

Henry Guedes Pages
7309 Thannas Way
Austin, Texas 78744
(512) 448-7889

Wherefore, premises considered, Counsel requests this Honorable Court order his name be removed as attorney of record on all matters regarding this pending appeal, and that all future notices be sent to Appellant at the address provided above.

Respectfully Submitted,


Guillermo González
S.B.N. 08126700
904 West Avenue, Suite 100
Austin, TX 78701
(512) 474-8001 Office
(512) 474-8006 Facsimile
bgaust@texas.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2015 a copy of this motion was delivered through efile to the Apellate Unit at the Office of the Travis County Attorney.


Guillermo González

## NO. 03-15-00199-CR

| | | |
|---|---|---|
| HENRY GUEDES PAGES | § | IN THE COURT OF APPEALS |
| VS. | § | THIRD JUDICIAL DISTRICT |
| THE STATE OF TEXAS | § | SITTING AT AUSTIN, TEXAS |

## ORDER

On this date the Amended Motion to be Removed as Attorney of Record and to add Appellant for Notice Purposes was reviewed by the Court and it is the opinion of the Court that said Motion is in all things Granted and that Guillermo González is hereby ordered removed as Attorney of Record on this matter, and all notices in this matter be forwarded to Appellant at the address provided in said motion.

SIGNED this _____ day of _____. 2015.


_____
JUDGE PRESIDING